FILED
Clerk
District Court

FEB 1 0 2006

For The Northern Mariana Islands
By_____
                (Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00013 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF DESTRUCTION |
| MUN DEUK KYU, et al., | ) | OF EXHIBITS |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _10th_ day of _Feb._, 2006.

Galo L. Perez, Clerk of Court

By_____
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| U.S.A. -vs- Jier, Shy Kin and Mun, Deuk Kyu | | District Court<br>NORTHERN MARIANA ISLANDS |
| Government's Attorney<br>Patrick Smith | Defendant's Attorneys<br>Perry Inos and Loren Sutton | Docket Number: CR-02-00013<br>Trial Date(s): 07/23/2002 to 07/26/02 |
| Presiding Judge<br>HONORABLE ALEX R. MUNSON | Court Reporter<br>Sanae N. Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 07/24/02 | ---------- | ---------- | MARK PROCOPIO (FBI Special Agent) |
| 1 | | 07/24/02 | 07/24/02 | 07/24/02 | CD ROM containing sound recordings of meetings and telephone calls |
| 2T | | 07/24/02 | 07/24/02 | 07/24/02 | Transcript of 3/13/01 conversation between (Santos and Mun) |
| 3T | | 07/25/02 | 07/25/02 | 07/25/02 | Translation of 5/9/01 conversation (Zheng and Zhou) |
| 5T | | 07/25/02 | 07/25/02 | 07/25/02 | Translation of 5/09/01 conversation (Zhou and Zheng) |
| 36 | | 07/24/02 | 07/24/02 | 07/24/02 | Stipulation (#1) |
| 6V | | 07/24/02 | 07/24/02 | 07/24/02 | Video Clips from 6/18/01 and inspection of boat |
| 6C | | 07/24/02 | 07/24/02 | 07/24/02 | Compact Disk with Video clips |
| 6 | | 07/24/02 | 07/24/02 | 07/24/02 | Compact disk containing sound recording of meetings on 6/18/01 |
| 6T | | 07/24/02 | 07/24/02 | 07/24/02 | Transcription of 6/18/01 conversation from GX 6 |
| 30 | | 07/24/02 | 07/24/02 | 07/24/02 | Gas Receipt |
| 7 | | 07/24/02 | 07/24/02 | 07/24/02 | $1000 in cash (photocopies)  *YES 1/12/04 RECEIVED* |
| 29 | | 07/24/02 | 07/24/02 | 07/24/02 | Jeep and Boat Sale Agreement (with attachments) |
| W2 | | 07/24/02 | ---------- | ---------- | DENG YOU LIAN |
| W3 | | 07/24/02 | ---------- | ---------- | EDDIE SANTOS |
| W4 | | 07/24/02 | ---------- | ---------- | PEDRO A. TENORIO |
| W5 | | 07/25/02 | ---------- | ---------- | EDWARD SABLAN |
| W6 | | 07/25/02 | ---------- | ---------- | ZHENG, JIAN SHAN |
| 23 | | 07/25/02 | 07/25/02 | 07/25/02 | Photo of Jier, Shy Kin |
| Tr 3 | | 07/25/02 | 07/25/02 | 07/25/02 | CD 1 (Track 3) (of Exhibit #1) |
| Tr4 | | 07/25/02 | 07/25/02 | 07/25/02 | CD 1 (Track 4) (of Exhibit #1) |
| 37 | | 07/25/02 | 07/25/02 | 07/25/02 | Stipulation |
| 38 | | 07/25/02 | 07/25/02 | 07/25/02 | Stipulation |
| | W1 | 07/25/02 | ---------- | ---------- | MUN, DEUK KYU |
| 27 | | 07/25/02 | 07/25/02 | | Registration Application for vessel |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages